IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MATTHEW JONES**                                                                                     **PLAINTIFF**

**V.**                                                                                                  **NO. 4:25-CV-48-DMB-JMV**

**GREENVILLE POLICE
DEPARTMENT**                                                                      **DEFENDANT**

## ORDER

On June 2, 2025, United States Magistrate Judge Jane M. Virden issued a report ("R&R") recommending that Matthew Jones' complaint be dismissed. Doc. #4. The R&R warned that "failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report … within (14) fourteen days … shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court." *Id*. at PageID 19. No objection to the R&R was filed.

Under 28 U.S.C. § 636(b)(1)(C), "[a] judge of the court shall make a de novo determination of those portions of the report … to which objection is made." "[P]lain error review applies where, as here, a party did not object to a magistrate judge's findings of fact, conclusions of law, or recommendation to the district court despite being served with notice of the consequences of failing to object." *Ortiz v. City of San Antonio Fire Dep't*, 806 F.3d 822, 825 (5th Cir. 2015) (cleaned up). "[W]here there is no objection, the Court need only determine whether the report and recommendation is clearly erroneous or contrary to law." *United States v. Alaniz*, 278 F. Supp. 3d 944, 948 (S.D. Tex. 2017) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989)).

Because the Court reviewed the R&R for plain error and concludes that the R&R is neither clearly erroneous nor contrary to law, the R&R [4] is **ADOPTED** as the order of the Court. Jones'

complaint is **DISMISSED without prejudice**.

 **SO ORDERED**, this 24th day of June, 2025.

                **/s/Debra M. Brown**
                **UNITED STATES DISTRICT JUDGE**